# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **HAROLD FRANKLIN WALTERS,** | ) |
| Petitioner, | ) |
| | ) **CIVIL ACTION 10-0131-CG-M** |
| v. | ) |
| | ) **CRIMINAL ACTION 05-0145-CG-M** |
| **UNITED STATES OF AMERICA,** | ) |
| Respondent. | ) |

## JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent, the United States of America, and against Petitioner Harold Franklin Walters. The court further finds that Petitioner is not entitled to a certificate of appealability; therefore, he is not entitled to appeal in forma pauperis.

**DONE and ORDERED** this 11th day of June, 2010.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE